1  RICHARD BAKER
   BAKER LAW, PC
2  201 Avon Place
   700 29th Street South
3  Birmingham, AL 34233
   TELEPHONE: 205 714-7166
4  FACSIMILE: 205 714-7177

5  BERT J. MIANO
   MIANO LAW, PC
6  210 Avon Place
   700 29th Street South
7  Birmingham, AL 34233
   TELEPHONE: 205 714-7199
8  FACSIMILE: 205 714-7177

9  Attorneys for Plaintiff,
   Judy W. Lockridge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06-cv-00379-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Judy Lockridge,<br>　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JUDY W. LOCKRIDGE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 11, 2009, 2009    By: _____
Richard Baker  SBN(224003)

Attorneys for Plaintiff, Judy W. Lockridge

DATED: July 6, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer